UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ATEL MARITIME INVESTORS, LP, et al.**  **CIVIL ACTION**

**VERSUS**  **No. 08-1700**

**SEA MAR MANAGEMENT, L.L.C., et al.**  **SECTION I/4**

## ORDER AND REASONS

Before the Court is a motion for review of the U.S. Magistrate Judge's ("Magistrate") order denying plaintiffs' motion to compel a 30(b)(6) deposition filed by plaintiffs, Atel Maritime Investors, LP, et al. ("Atel").[1] Defendant, Nabors Industries, Ltd. ("NIL"), opposes the motion. For the following reasons, the motion is **GRANTED**.

The District Court may review a U.S. Magistrate Judge's order on non-dispositive pre-trial matters if a party objects within fourteen (14) days after being served with a copy. Fed. R. Civ. P. 72(a). U.S. District Judges must "consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Id.

On November 6, 2009, Atel filed a motion to compel the Rule 30(b)(6) deposition of NIL. In its motion, Atel states that it timely noticed the deposition on September 23, 2009.[2] Prior to that deposition, NIL informed Atel that it would be unable to prepare a witness for a deposition by that date. Atel re-noticed the deposition for November 2, 2009.[3] Atel alleges that NIL did not inform Atel of its objections to conducting the deposition until October 30, 2009. NIL argues that this Court does not have personal jurisdiction over NIL. The Magistrate denied

---

[1] R. Doc. No. 180.
[2] R. Doc. No. 149.
[3] R. Doc. No. 149-4.

1

Atel's motion to compel because there was insufficient time for the motion to be heard prior to the discovery cut-off on November 6, 2009.[4]

At the outset, the Court notes that there is a need for some flexibility regarding discovery deadlines, especially considering the circumstances pursuant to which the deposition was canceled. Rule 16(b) of the Federal Rules of Civil Procedure allows a Court to modify the deadlines in the Scheduling Order upon good cause shown. The Advisory Committee Notes provide that good cause is shown when the schedule cannot reasonably be met despite the diligence of the party seeking the extension. Given that Atel did not learn of NIL's intent to cancel the deposition until October, 30, 2009—one week prior to the deadline—they have demonstrated good cause for extending the discovery deadline. To do otherwise would allow NIL to unilaterally cancel the deposition without giving the Court the opportunity to review NIL's actions. Accordingly,

**IT IS ORDERED** that the motion is **GRANTED**. This issue is **REMANDED** to the U.S. Magistrate Judge to determine the location of the deposition.

New Orleans, Louisiana, December 23, 2009.

**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[4] The Magistrate's order did not consider NIL's argument that the Court does not have jurisdiction over NIL.