# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ATEL MARITIME INVESTORS, LP, et al.** | **CIVIL ACTION** |
| **VERSUS** | **No. 08-1700** |
| **SEA MAR MANAGEMENT, L.L.C., et al.** | **SECTION I/4** |

## ORDER AND REASONS

Before the Court is a motion for review of the U.S. Magistrate Judge's ("Magistrate") order denying a motion for leave to amend the complaint filed by plaintiffs, Atel Maritime Investors, LP, et al. ("Atel").[1] Defendants, Nabors Industries, Ltd., Nabors Well Services Co., and Sea Mar Management, Inc. ("Defendants"), oppose the motion. For the following reasons, the motion is **GRANTED**.

The District Court may review a U.S. Magistrate Judge's order on non-dispositive pre-trial matters if a party objects within fourteen (14) days after being served with a copy. Fed. R. Civ. P. 72(a). U.S. District Judges must "consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law." Id.

On September 28, 2009, Atel filed a motion for leave to file its second amended complaint to add causes of action for RICO violations, conversion, and unjust enrichment.[2] Defendants opposed the motion. On November 10, 2009, the Magistrate denied Atel's motion. The Magistrate correctly noted that Atel's motion for leave to amend was filed out of time and found that, given the relatively short period remaining until trial, the prejudice to the defendants was too high to permit the amendment.

---

[1] R. Doc. No. 159.
[2] R. Doc. No. 124.

1

While the Court agrees with the reasoning and conclusions reached by the Magistrate, changed circumstances support a reevaluation of the Magistrate's order. On December 21, 2009, the Court continued the trial date in this matter to permit sufficient time for the third party defendant, Jan DeWitt to prepare for trial. This continuance will allow defendants sufficient time to take any additional discovery necessary to defend Atel's new claims. Accordingly,

**IT IS ORDERED** that the motion is **GRANTED**. Atel's second amended complaint will be filed into the record.

New Orleans, Louisiana, December 23, 2009.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**