MINUTE ENTRY
BROWN, J.
AUGUST 2, 2012
**JS10: 04:15**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATEL MARITIME INVESTORS, L.P. ET AL | CIVIL ACTION |
| VERSUS | NO. 08-1700 |
| SEA MAR MANAGEMENT, L.L.C. ET AL | SECTION: "G"(4) |

HONORABLE NANNETTE JOLIVETTE BROWN PRESIDING

**NON-JURY TRIAL - THURSDAY, AUGUST 2, 2012 (DAY 4)**

| | |
|---|---|
| CASE MANAGER: | Rebecca Leto |
| COURT RECORDER: | Susan Zielie |
| LAW CLERK: | Paul Kellogg/Rachel Brown |
| APPEARANCES: | Glenn G. Goodier, Christopher S. Mann, Matthew S. Lejeune for plaintiffs |
| | Thomas J. Smith, Amanda E. Kurz for defendants |

Non-Jury Trial continued from Wednesday, August 1, 2012.
Court begins at 11:00 a.m.
Stipulation regarding order of testimony offered and Ordered filed (see Rec. Doc. 575)
Plaintiffs' witness Vasco Henrique Morais, previously sworn, resumes testimony.
Defendants' witness Mark Compeaux sworn, questioned and tendered as expert.
Court admitted witness as expert in field of vessel marketing for offshore vessels in Gulf of Mexico and the commercial market environment in Gulf of Mexico.
Mark Compeaux begins testimony.
Court recesses at 12:55 p.m.
Court resumed at 2:20 p.m.
Defendants offered Exhibits D14, D15, D16, admitted.
Mark Compeaux, previously sworn, resumes testimony.
Plaintiffs offered Exhibit D5, admitted.
Plaintiffs' designated excerpts of deposition testimony of Dennis Aeyeung read into the record.
Defendants' designated excerpts of deposition testimony of Dennis Aeyeung read into the record.
Plaintiffs' designated excerpts of deposition testimony of John I. Powell read into the record.
Defendants' designated excerpts of deposition testimony of John I. Powell read into the record.

Court recesses at 4:10 p.m.
Court resumed at 4:30 p.m.
Plaintiffs' designated excerpts of deposition testimony of <u>Mario Villareal</u> read into the record.
Defendants' designated excerpts of deposition testimony of <u>Mario Villareal</u> read into the record.
Court adjourned at 5:00 p.m. until 8:30 a.m. Friday, August 3, 2012.