MINUTE ENTRY
BROWN, J.
AUGUST 3, 2012
**JS10: 02:55**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ATEL MARITIME INVESTORS, L.P. ET AL | CIVIL ACTION |
| VERSUS | NO. 08-1700 |
| SEA MAR MANAGEMENT, L.L.C. ET AL | SECTION: "G"(4) |

HONORABLE NANNETTE JOLIVETTE BROWN PRESIDING

**NON-JURY TRIAL - THURSDAY, AUGUST 3, 2012 (DAY 5)**

| | |
|---|---|
| CASE MANAGER: | Rebecca Leto |
| COURT RECORDER: | Susan Zielie |
| LAW CLERK: | Paul Kellogg/Rachel Brown |
| APPEARANCES: | Glenn G. Goodier, Christopher S. Mann, Matthew S. Lejeune for plaintiffs |
| | Thomas J. Smith, Amanda E. Kurz for defendants |

Non-Jury Trial continued from Thursday, August 2, 2012.
Court begins at 8:55 a.m.
Plaintiffs' designated excerpts of deposition testimony of <u>James A. Lank</u> read into the record.
Court recesses at 10:15 a.m.
Court resumed at 10:25 a.m.
Defendants' designated excerpts of deposition testimony of <u>James A. Lank</u> read into the record.
Plaintiffs' designated excerpts of deposition testimony of <u>Ernesto Ramirez</u> read into the record.
Defendants' designated excerpts of deposition testimony of <u>Ernesto Ramirez</u> read into the record.
Plaintiffs' designated excerpts of deposition testimony of <u>Eugene Isenberg</u> read into the record.
Defendants' designated excerpts of deposition testimony of <u>Eugene Isenberg</u> read into the record.
Court ordered parties to file designated excerpts of deposition testimony read into the record by end of day on Monday, August 6, 2012.
Defendants orally reurge Motion to Dismiss for Personal Jurisdiction; taken under advisement.
Defendants' oral Motion for Judgment as a Matter of Law; taken under advisement.
Court ordered parties to file post-trial memoranda within 14 days from receipt of transcript of trial proceedings.
Court adjourned at 12:00 p.m.